Same case below, 385 Fed. Appx. 597.

**No. 10-886. Compton Unified School District, Petitioner v. Starvenia Addison, et al.**

565 U.S. 1110, 132 S. Ct. 996, 181 L. Ed. 2d 732, 2012 U.S. LEXIS 175.

January 9, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 598 F.3d 1181.

**No. 10-8356. Carlos David Caro, Petitioner v. United States.**

565 U.S. 1110, 132 S. Ct. 996, 181 L. Ed. 2d 732, 2012 U.S. LEXIS 391.

January 9, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 597 F.3d 608.

**No. 10-10629. Amos Vaughan, Petitioner v. Michael J. Astrue, Commissioner of Social Security.**

565 U.S. 1110, 132 S. Ct. 996, 181 L. Ed. 2d 732, 2012 U.S. LEXIS 257.

January 9, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 412 Fed. Appx. 559.

**No. 10-10839. James Floyd McDougald, Petitioner v. United States.**

565 U.S. 1110, 132 S. Ct. 996, 181 L. Ed. 2d 732, 2012 U.S. LEXIS 390.

January 9, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 420 Fed. Appx. 238.

**No. 10-11078. Serafin Reyes, Jr., Petitioner v. Charles L. Ryan, Director, Arizona Department of Corrections, et al.**

565 U.S. 1110, 132 S. Ct. 996, 181 L. Ed. 2d 732, 2012 U.S. LEXIS 264,

January 9, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 424 Fed. Appx. 659.

**No. 10-11094. Shamone Kennedy, Petitioner v. United States.**

565 U.S. 1110, 132 S. Ct. 997, 181 L. Ed. 2d 732, 2012 U.S. LEXIS 280.

January 9, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 638 F.3d 159.

**No. 10-11287. Robert Allen Stanford, Petitioner v. United States.**

565 U.S. 1110, 132 S. Ct. 997, 181 L. Ed. 2d 732, 2012 U.S. LEXIS 224.

January 9, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 418 Fed. Appx. 276.